**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

IN RE:

CHRISTOPHER THOMPSON and
WENDY THOMPSON,

                Debtors.

_____/

CASE NO.: HL 09-05254
CHAPTER 7
HON. JEFFREY R. HUGHES

## ORDER RE: JUNE 1, 2009 REAFFIRMATION AGREEMENT
## WITH HSBC AUTO FINANCE DEPARTMENT

At a session of said court of bankruptcy, held in and for
said district, on ___June 10, 2009_____.

PRESENT:    HONORABLE JEFFREY R. HUGHES
                    United States Bankruptcy Judge

On June 1, 2009, Debtors filed a reaffirmation agreement with HSBC Auto Finance Department. Debtors were represented by counsel in connection with the negotiation of that agreement. However, there is a presumption that the contemplated reaffirmation of the indebtedness with HSBC Auto Finance Department would constitute an undue hardship upon Debtors. 11 U.S.C. § 524(m).

However, Debtors submitted sufficient written information with their reaffirmation agreement to rebut the presumption. Therefore, the court is not disapproving that agreement.

_____ 6/10/09
Honorable Jeffrey R. Hughes
United States Bankruptcy Judge

A copy of this order has been served by the court pursuant to its CM/ECF electronic notification procedures upon:

Eric C. Baumstark, Esq.
Kelly M. Hagan, Chapter 7 Trustee

and served pursuant to U.S. First-Class mail and/or through the BNC upon: (June __11__, 2009 – kd)

Christopher and Wendy Thompson
308 S. Lansing Street
Mason, MI 48854

HSBC Auto Finance Department
C/O Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006